IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

STATE OF FLORIDA,

     Appellant,

v.

J.V., a minor,

     Appellee.

_____/

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CASE NO. 1D15-2837

Opinion filed February 16, 2016.

An appeal from the Circuit Court for Leon County.
Karen A. Gievers, Judge.

Pamela Jo Bondi, Attorney General, Quentin Humphrey, Assistant Attorney General, and Trisha Meggs Pate, Bureau Chief, Criminal Appeals, Tallahassee, for Appellant.

Nancy A. Daniels, Public Defender, and Laurel Cornell Niles, Assistant Public Defender, Tallahassee, for Appellee.

PER CURIAM.

As the order on appeal had two grounds for releasing J.V. from his commitment prior to the Department of Juvenile Justice discharging him, and as the State's initial brief only challenges the first ground — the trial court's statutory

interpretation, we are compelled to affirm since reversal can only be premised on arguments made in the initial brief. <u>St. Regis Paper Co. v. R.D. Hill</u>, 198 So. 2d 365 (Fla. 1st DCA 1967); <u>Page v. City of Fernandina Beach</u>, 714 So. 2d 1070 (Fla. 1st DCA 1998)

AFFIRMED.

LEWIS, ROWE, and BILBREY, JJ., CONCUR.